

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00400-CR

Tromane **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10778
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 16, 2013.

_____
Rebeca C. Martinez, Justice